UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-03579 ADS Date: September 18, 2026

Title: *Yender Michael Vargas-Murillo v. Markwayne Mullin, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PETITIONER'S EMERGENCY MOTION AS MOOT (Dkt. No. 14)**

On September 16, 2026, Petitioner filed an Emergency Motion to Enforce the Court's September 8, 2026 Order; Request for Order to Show Cause re Civil Contempt; and Request for Immediate Release ("Motion"), indicating that Respondents had not yet provided Petitioner with the bond hearing ordered by the Court. (Dkt. No. 14.) On September 18, 2026, Respondents filed a timely response to the Motion. (Dkt. No. 16.) Respondents apologized for their failure to abide by the Court's order, describing it as an administrative error due to the assigned AUSA's leave. (Dkt. No. 16.) Respondents released Petitioner from custody due to their failure to comply with the Court's order. (Dkt. No. 16.) Given that Respondents promptly rectified their error and released Petitioner, the Court declines to hold Respondents in civil contempt. Furthermore, Petitioner's request for immediate release is now moot. The Motion is denied.

**IT IS SO ORDERED.**

Initials of Clerk kh